## PLEA PROCEEDINGS BEFORE JUDGE JOHNSON

*United States v.* Sarah S Ochoa                                CR   08-1980 WJ

Date:   12/11/09                    Reporter: T. Garrett                    Clerk:  R. Garcia

Court in Session: 9:13am - 9:55am              Total Court Time:   42 minutes

USA by: Lynn Wang

Deft. present by: Carolyn Nichols              Interpreter: N/A

( x ) Albuquerque  ( ) Las Cruces  ( ) Santa Fe  ( ) Roswell          ___ Bench warrant ordered

- X    Defendant sworn

- X    Court questions Defendant regarding his/her physical/mental condition, age, education, use of drugs/alcohol/medication

- X    Defendant acknowledges receipt and review of Superceding Indictment.

- X    *Memorandum of Understanding* regarding plea agreement filed in Open Court

- ___  *Waiver of Indictment* executed and filed, and *Information* filed

- X    Court advises Defendant of the charge and possible penalty:

    Imprisonment: Up to life                         Fine: Up to $250,000
    Supervised Release: Not more than 5 yrs          SPA: $100.00

- X    Defendant advised of Constitutional Rights

- X    Defendant acknowledges possible consequences of plea

- X    Defendant enters plea of GUILTY to Count 2 of the Superceding Indictment

- X    Plea of Guilty accepted

- X    Court finds Defendant competent to proceed

- X    Sentencing to be set

- X    Defendant is remanded to the custody of the U.S. Marshal

- ___  Present *Conditions of Release* continued

**NOTES:** Ms. Wang advises that the Government will dismiss Count 1 of the Superceding Indictment at the time of sentencing.
Court accepts 11(c)(1)(C) plea agreement.
Court takes up detention of the Defendant.
USA request detention of Defendant pending sentencing.
Ms. Nichols requests conditions of release be continued pending sentencing.
Court directs that the Defendant be remanded to the custody of the U.S. Marshal.