UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO

## SENTENCING MINUTE SHEET

| | | | | |
|---|---|---|---|---|
| CR No. | 8-1980 WJ | | USA vs. | Ochoa |
| Date: | 4/22/10 | | Name of Deft: | Sarah S Ochoa |
| | Before the Honorable | | William P. Johnson | |

| | | | |
|---|---|---|---|
| Time In/Out: | **2:43pm - 3:05pm** | Total Time in Court (for JS10): | 22 minutes |
| Clerk: | **R. Garcia** | Court Reporter: | T. Garrett |
| AUSA: | **Lynn Wang** | Defendant's Counsel: | Carolyn Nichols |
| Sentencing in: | **Albuquerque** | Interpreter: | N/A |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Probation Officer: | **L. Garcia and V. Yazzie** | | | Sworn? | | Yes | | No |
| Convicted on: | **x** | Plea | | Verdict | As to: | Information | **x** | Superseding Indictment |
| If Plea: | **x** | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | **2** | | |
| If Plea Agreement: | **x** | Accepted | | Not Accepted | No Plea Agreement | Comments: 11(c)(1)(C) | | |
| Date of Plea/Verdict: | 12/11/09 | | | | PSR: | **x** | Not Disputed | Disputed |
| PSR: | **x** | Court Adopts PSR Findings | | | Evidentiary Hearing: | **x** | Not Needed | Needed |
| Exceptions to PSR: | | | | | | | | |

| **SENTENCE IMPOSED** | Imprisonment (BOP): 96 months as to Count 2 | | | |
|---|---|---|---|---|
| Supervised Release: 5 years | | Probation: | **x** | Mental health treatment program |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| | ICE to begin removal immediately or during sentence | | Reside halfway house _____ months _____ days |
| **x** | Participate in substance abuse program/drug testing | | Register as sex offender |
| **x** | Participate in mental health program | | Participate in sex offender treatment program |
| | No alcohol/liquor establishments | | Possess no sexual material |
| **x** | Submit to search of person/property | | No computer with access to online services |
| **x** | No contact with victim | | No contact with children under 18 years |
| | No entering, or loitering near, victim's residence | | No volunteering where children supervised |
| **x** | Provide financial information | | Restricted from occupation with access to children |
| | Grant limited waiver of confidentiality | | No loitering within 100 feet of school yards |

| | |
|---|---|
| **x** | OTHER: Deft will submit to DNA collection. |
| **x** | Shall not possess, have under control or have access to any firearm, ammunition, explosive device or other dangerous weapons. |
| **x** | Will be prohibited from incurring new credit charges, opening additional lines of credit or negotiating or consummating any financial contracts without prior approval. |
| **x** | No consulting or employment w/financial institution. |

| Fine: $ | 0.00 | | Restitution: $ | **$29,281.15: 21,281.15 to Marilyn Foss; $8000.00 to Los Alamos National Bank at $80. a month; that monthly payment may be adjusted upon release from custod, depending on Defendant's financial circumstances; the court waives any interest; Court orders that the Defendant cooperate to turn over to Government those items identified in paragraph 116 of the PSR w/in 10 days; the Court notes it has 90 days to review matters concerning restitutions issues, and the Government or Defense Counsel can bring matters to the Court's attention; the Court finds that the victim should be paid first.** |
|---|---|---|---|---|
| SPA: $ | 100.00 | ($100 as to each Count) | Payment Schedule: | x Due Imm.   Waived |
| OTHER: | | | | |

|   | Advised of Right to Appeal |   | x | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|---|
| x | Held in Custody | | | Voluntary Surrender |
| x | Recommended place(s) of incarceration: | | | SPC Phoenix, AZ; if she does not qualify for an SPC facility, the Defendant requests FCI Dublin, CA |
| x | Dismissed Counts: | | | Court grants dismissal of Count 1 |
| OTHER COMMENTS | | | | USA informs the Court that the victim chooses not to addresses the Court today.<br>Ms. Nichols addresses the Court.<br>USA addresses the Court and recommends any FCI facility that provides educational/vocational programs.<br>Court addresses restitution w/Ms. Nichols.<br>Ms. Nichols does not have any objection to restitution as stated in the PSR.<br>USA would ask the Court to honor the amount as stated in the PSR and requests that certain assets (money account and vehicle) in possession of the Defendant be turned over to the Court upon order of restitution pending the sale of such item(s), and any proceeds from the sale of such item(s) be turned over to U.S. for payment to the victim(s).<br>Ms. Nichols notes arrangements have been made to provide power of attorney to her client's mother so as to be able to liquidate assets.<br>The Court will enter restitution as recommended by Probation and notes it has 90 days to reconsider any restitution issues; the Court directs Ms. Wang to confer w/counterparts at the U.S. Attorney's Office and advise the Court if any further order will be needed regarding any restitution issue.<br>Ms. Nichols notes she will work w/USA regarding liquidation of assets.<br>Court accepts plea pursuant to Rule 11(c)(1)(C). |